**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.    **CV 13-4492-JFW (VBKx)**                      Date:  November 5, 2013

Title:       Richard Rosen -*v*- Thomson Reuters Corporation, et al.

**PRESENT:**
       **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

   **Shannon Reilly**                          **None Present**
   **Courtroom Deputy**                         **Court Reporter**


**ATTORNEYS PRESENT FOR PLAINTIFFS:**      **ATTORNEYS PRESENT FOR DEFENDANTS:**
             None                                      None

**PROCEEDINGS (IN CHAMBERS):**       **ORDER TO SHOW CAUSE WHY COUNSEL SHOULD**
                                      **NOT BE SANCTIONED FAILURE TO COMPLY WITH**
                                      **THE COURT'S ORDER**

       On July 23, 2013, the Court ordered the parties to participate in ADR Procedure No. 3 (Private Mediation) and set December 17, 2013 as the deadline to complete the mediation.  The parties have violated the Court's order by scheduling a settlement conference with Magistrate Judge Victor B. Kenton, instead of participating in a private mediation.

       Accordingly, the parties are ordered to show cause in writing by **November 8, 2013** why the Court should not impose sanctions in the amount of $2,500.00 against each lead counsel for their violation of the Court's order.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the imposition of sanctions.


       IT IS SO ORDERED.



cc: Magistrate Judge Kenton



Initials of Deputy Clerk   sr

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.    **CV 13-4492-JFW (VBKx)**                             Date:  November 5, 2013

Title:        Richard Rosen -v- Thomson Reuters Corporation, et al.

**PRESENT:**
         **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

   **Shannon Reilly**                              **None Present**
   **Courtroom Deputy**                            **Court Reporter**


**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
            None                                             None

**PROCEEDINGS (IN CHAMBERS):**       **ORDER TO SHOW CAUSE WHY COUNSEL SHOULD**
                                     **NOT BE SANCTIONED FAILURE TO COMPLY WITH**
                                     **THE COURT'S ORDER**

        On July 23, 2013, the Court ordered the parties to participate in ADR Procedure No. 3 (Private Mediation) and set December 17, 2013 as the deadline to complete the mediation.  The parties have violated the Court's order by scheduling a settlement conference with Magistrate Judge Victor B. Kenton, instead of participating in a private mediation.

        Accordingly, the parties are ordered to show cause in writing by **November 8, 2013** why the Court should not impose sanctions in the amount of $2,500.00 against each lead counsel for their violation of the Court's order.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the imposition of sanctions.



        IT IS SO ORDERED.



cc: Magistrate Judge Kenton



Page 1 of  1                                                   Initials of Deputy Clerk  sr